Marcos D. Vigil (MV-6241)
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000
*Attorneys for Defendant Blanca Lasalle*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| R.J. CAPAK,<br><br>     Plaintiff,<br><br>-against-<br><br>BLANCA LASALLE d/b/a CREATIVELINK, SONY BMG MUSIC ENTERTAINMENT, LLC, and JOHN and JANE DOES 1 through 10.<br><br>     Defendants. | No. 08 CV 3165 (GBD)<br><br>**NOTICE OF APPEARANCE** |

COUNSEL:

  PLEASE TAKE NOTICE that the undersigned attorney appears as counsel of record in this action on behalf of defendant Blanca Lasalle.

  PLEASE TAKE FURTHER NOTICE that all pleadings, papers and documents required to be served in this action upon defendant Blanca Lasalle should be served on the undersigned.

DATED: New York, New York
     July 14, 2008

                      ORRICK HERRINGTON & SUTCLIFFE LLP

                      By: s/ Marcos D. Vigil
                         Marcos D. Vigil (MV 6241)
                      666 Fifth Avenue
                      New York, New York 10103
                      (212) 506-5000
                      Tel. (212) 506-5000
                      Fax. (212) 506-5151
                      e-mail: mvigil@orrick.com