**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x

R.J. Capak,

                    Plaintiff,                              08   CIVIL  3165   ( GBD )

          -against-

Blanca LaSalle, et. al.,

                    Defendant.

----------------------------------------------------------x

## NOTICE  OF CHANGE  OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:     Marcos D. Vigil

☐     *Attorney*

     ☒     I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
               MV6241

     ☐     I am a Pro Hac Vice attorney

     ☐     I am a Government Agency attorney

☐     *Law Firm/Government Agency Association*

     From:   Law Office of Daniel S. Braverman

     To:     Orrick, Herrington & Sutcliffe, LLP

     ☒     I will continue to be counsel of record on the above-entitled case at my new firm/agency.

     ☐     I am no longer counsel of record on the above-entitled case. An order withdrawing my
             appearance was entered on _____ by Judge _____
             _____

☐     *Address:*         666 Fifth Avenue, New York, NY 10103

☐     *Telephone Number:*    212-506-5000

☐     *Fax Number:*      212-506-5151

☐     *E-Mail Address:*   mvigil@orrick.com

Dated: 7/10/2008