UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
R.J. CAPAK,                                                 :
                                                            :
                         Plaintiff,       :    08 CV 3165 (GBD)
                                                            :
         -v-                              :    **7.1 STATEMENT**
                                                            :
BLANCA LASALLE d/b/a CREATIVE LINK,        :
SONY BMG MUSIC ENTERTAINMENT, LLC,        
and JOHN and JANE DOES 1 through 10,      :
                                                            :
                         Defendants.       :
------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant SONY BMG MUSIC ENTERTAINMENT ("SONY BMG"), certifies that SONY BMG is a general partnership organized under the laws of the State of Delaware. The parent of a 50% owner of SONY BMG MUSIC ENTERTAINMENT is Sony Music Entertainment Inc., and the ultimate parent of Sony Music Entertainment Inc. is Sony (Japan), which is a publicly traded company.

Dated: August 5, 2008
       New York, New York

                                  SONY BMG MUSIC ENTERTAINMENT

                          By:     _____
                                  Ellen A. Hochberg (EH 9843)
                                  550 Madison Avenue
                                  New York, New York 10010
                                  (212) 833-7670


                                  JONATHAN D. DAVIS, P.C.

                          By:     _____
                                  Jonathan D. Davis (JD 5712)
                                  99 Park Avenue
                                  Suite 1600
                                  New York, New York 10016
                                  (212) 687-5464
                                  Attorneys for Defendant
                                  SONY BMG MUSIC ENTERTAINMENT